No. 94–581.   FOSS MARITIME CO. *v.* ETTINGER.   C. A. 9th Cir.   Certiorari denied.

No. 94–593.   HOPPING *v.* INDIANA.   Sup. Ct. Ind.   Certiorari denied.

No. 94–595.   ILQ INVESTMENTS, INC., ET AL. *v.* CITY OF ROCHESTER.   C. A. 8th Cir.   Certiorari denied.

No. 94–597.   MYERS *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 94–599.   RHINEHART ET AL. *v.* SEATTLE TIMES ET AL.   Ct. App. Wash.   Certiorari denied.

No. 94–603.   BLACK *v.* J. I. CASE.   C. A. 5th Cir.   Certiorari denied.

No. 94–607.   EDER *v.* ITT CORP. ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 94–609.   PULASTY *v.* NEW JERSEY.   Sup. Ct. N. J.   Certiorari denied.

No. 94–610.   BRANSON *v.* HABER.   C. A. 9th Cir.   Certiorari denied.

No. 94–614.   YAGMAN & YAGMAN, P. C. *v.* GATES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 94–616.   ZAPATA PROTEIN (USA), INC., FKA ZAPATA HAYNIE CORP. *v.* BUTLER.   Ct. App. La., 3d Cir.   Certiorari denied.

No. 94–619.   VEMCO, INC. *v.* CAMARDELLA ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 94–621.   SPARTANBURG STEEL PRODUCTS, INC. *v.* CONSTANT.   Sup. Ct. S. C.   Certiorari denied.

No. 94–622.   GREENE *v.* SOUTH CAROLINA ELECTION COMMISSION ET AL.   Sup. Ct. S. C.   Certiorari denied.